# TURNER *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 29, September Term, 1964.]

*Decided October 23, 1964.*

Before HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY and SYBERT, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons assigned in the opinion of Judge Evans in the court below.

*Application denied.*